UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOUSTAPHA BOURARA,

                Plaintiff,                17 **CIVIL** 7895 (DF)

      -against-                     **JUDGMENT**

THE NEW YORK HOTEL TRADES COUNCIL
& HOTEL ASSOCIATION OF NEW YORK CITY,
INC. EMPLOYEE BENEFIT FUNDS,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 1, 2020, Defendant's motion for summary judgment is granted, and Plaintiff's claims are dismissed in their entirety, with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
       September 2, 2020

                                   **RUBY J. KRAJICK**

                                   **Clerk of Court**
         **BY:**
                                   *K. Mango*
                                   **Deputy Clerk**